1  **BURSOR & FISHER, P.A.**
2  Sarah N. Westcot (State Bar No. 264916)
   701 Brickell Ave., Suite 2100
3  Miami, FL 33133-5402
4  Telephone: (305) 330-5512
   Facsimile: (305) 676-9006
5  E-mail: swestcot@bursor.com

6
7  *Attorney for Plaintiff*

8
9
10
11
       **UNITED STATES DISTRICT COURT**
12
       **SOUTHERN DISTRICT OF CALIFORNIA**
13

14  | | |
    |---|---|
15  | JUAN RAMIREZ, individually and on behalf of all other persons similarly situated, | Case No. 24-cv-2221-MMA-DDL |
16  | | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
17  | Plaintiff, | |
18  | v. | Hon. Michael Monroe Anello |
19  | LASIKMD USA INC. d/b/a LASIK MD VISION and VGC GROUP LP, | |
20  | | |
21  | Defendants. | |
22

23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL                          CASE NO. 24-cv-2221-MMA-DDL

1   Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may
2   dismiss an action without a court order by filing...a notice of dismissal before the
3   opposing party serves either an answer or a motion for summary judgment."
4   Accordingly, Plaintiff Juan Ramirez hereby dismisses, without prejudice, his claims
5   against Defendant LasikMD USA Inc.

Dated: March 28, 2025          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:  /s/ *Sarah N. Westcot*_____

Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 2100
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-mail: swestcot@bursor.com

*Attorney for Plaintiff*