**BURSOR & FISHER, P.A.**
Sarah N. Westcot (SBN 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
E-mail: swestcot@bursor.com

*Counsel for Plaintiff*

Ashley T. Brines (SBN 322988)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 788-4400
E-mail: ashley.brines@katten.com

*Attorney for Defendant*
VGC GROUP LP

*[Additional Counsel Listed On Signature Page]*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMIREZ, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>    v.<br><br>VGC GROUP LP,<br><br>                            Defendant. | Case No. 3:24-cv-02221-CAB-DDL<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Juan Ramirez ("Plaintiff"), along with Defendant VGC Group LP ("Defendant") (collectively, the "Parties"), respectfully submit this Joint Notice of Settlement to inform the Court that on March 13, 2026, the Parties reached a settlement in principle and are currently working to memorialize their agreement. The parties anticipate finalizing and executing a settlement agreement within the next 30 days, after which the Parties will file a stipulation to dismiss pursuant to Federal Rule of Civil Procedure 41. The Parties further request that all current case deadlines be stayed.

Dated:  March 16, 2026          **BURSOR & FISHER, P.A**.

By:   /s/ *Sarah N. Westcot*
          Sarah N. Westcot

Sarah N. Westcot (SBN 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Email: swestcot@bursor.com

*Counsel for Plaintiff*

Dated:  March 16, 2026          **KATTEN MUCHIN ROSENMAN LLP**

By:   /s/ *Ashley T. Brines*
          Ashley T. Brines

2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 788-4400
E-mail: ashley.brines@katten.com

Dan Barnowski (*pro hac vice*)
Eric T. Werlinger (*pro hac vice*)
**KATTEN MUCHIN ROSENMAN LLP**
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
Telephone: (202) 625-3500
E-mail: dan.barnowski@katten.com
          eric.werlinger@katten.com

*Attorneys for Defendant*

## **CERTIFICATE OF ATTESTATION**

I hereby attest that all other signatories listed in this document, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

Dated: March 16, 2026                                          /s/ *Sarah N. Westcot*
                                                                          Sarah N. Westcot