**BURSOR & FISHER, P.A.**
Sarah N. Westcot (SBN 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
E-mail: swestcot@bursor.com

*Counsel for Plaintiff*

Ashley T. Brines (SBN 322988)
**KATTEN MUCHIN ROSENMAN LLP**
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 788-4400
E-mail: ashley.brines@katten.com

*Attorney for Defendant*
VGC GROUP LP

*[Additional Counsel Listed On Signature Page]*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

JUAN RAMIREZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

VGC GROUP LP,

Defendant.

Case No. 3:24-cv-02221-CAB-DDL

**JOINT MOTION TO DISMISS WITH PREJUDICE**

JOINT MOTION TO DISMISS
CASE NO. 3:24-cv-02221-CAB-DDL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Juan Ramirez ("Plaintiff") and Defendant VGC Group LP ("Defendant"), by and through their respective counsel, hereby agree and stipulate that all claims asserted by Plaintiff individually shall be dismissed with prejudice, and the putative class claims shall be dismissed without prejudice.  Each party will bear its own costs and fees.

Dated:  June 2, 2026             **BURSOR & FISHER, P.A**.

By:    /s/ *Sarah N. Westcot*
            Sarah N. Westcot

Sarah N. Westcot (SBN 264916)
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Email: swestcot@bursor.com

*Counsel for Plaintiff*

Dated:  June 2, 2026             **KATTEN MUCHIN ROSENMAN LLP**

By:    /s/ *Ashley T. Brines*
            Ashley T. Brines

2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 788-4400
E-mail: ashley.brines@katten.com

Dan Barnowski (*pro hac vice*)
Eric T. Werlinger (*pro hac vice*)
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
Telephone: (202) 625-3500
E-mail: dan.barnowski@katten.com
                eric.werlinger@katten.com

*Attorneys for Defendant*

## **CERTIFICATE OF ATTESTATION**

I hereby attest that all other signatories listed in this document, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

Dated: June 2, 2026                                  /s/ *Sarah N. Westcot*
                                                                Sarah N. Westcot