UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMIREZ, individually and on behalf of all others similarly situated,<br><br>                       Plaintiff,<br><br>v.<br><br>VGC Group LP,<br><br>                      Defendant. | Case No.: 3:24-cv-2221-CAB-DDL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 35] |

On June 2, 2026, the parties filed a joint motion to dismiss the case. [Doc. No. 35.] Good cause appearing, the Court **GRANTS** the parties' joint motion to dismiss and **DISMISSES** this case **WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Clerk of the Court is directed to close the case.

It is **SO ORDERED.**

Dated:  June 2, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1